UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT GREEN,

        Plaintiff,

v.

TREK RETAIL CORPORATION,

        Defendant.

Case No. 21-cv-07004-HSG

**AMENDED SCHEDULING ORDER**

The parties jointly request that the Court continue deadlines concerning Plaintiff's anticipated class certification motion to give the parties adequate time to prepare for and attend mediation in October 2022. *See* Dkt. No. 27. Having considered the parties' proposal, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | March 31, 2023 |
| Exchange of Opening Expert Reports | April 10, 2023 |
| Exchange of Rebuttal Expert Reports | April 24, 2023 |
| Deadline for Class Certification Motion | May 15, 2023 |
| Deadline for Class Certification Opposition | June 14, 2023 |
| Deadline for Class Certification Reply | June 28, 2023 |
| Class Certification Motion Hearing Deadline | July 13, 2023, at 2:00 p.m. |

//

//

//

1    These dates may only be altered by order of the Court and only upon a showing of good
2    cause. The parties are directed to review and comply with this Court's standing orders.
3    This order terminates Docket No. 27.
4    **IT IS SO ORDERED.**
5    Dated: 7/14/2022

     _____
     HAYWOOD S. GILLIAM, JR.
     United States District Judge